# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KEVIN MICHAEL LACOUR , AS
CURATOR FOR HANNAH LEMOINE
MILLER, ET AL.

NO.   2019 CW 1164

VERSUS

HORACE L. MITCHELL, M.D. AND
ALLEN JOSEPH, M.D.

**JAN 0 6 2020**

---

In Re:   Jody Miller, as the Tutor and Natural Father of the minor children, Sophie Madeline Miller, Emma Catherine Miller and Logan Anthony Miller, and of Kevin Michael LaCour as tutor and Father of the minor child, Kollin Michael LaCour, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 665004.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

   **WRIT   DENIED.**   The   criteria   set   forth   in   **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (per curiam), are not met.

**VGW**
**JMG**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

_Daniel Reed_
DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.